COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL W. RUTLAND, | § | No. 08-09-00107-CV |
| Appellant, | § | Appeal from the |
| v. | § | 73rd District Court |
| MH BUILDERS, INC. AND MATT HAND, | § | of Bexar County, Texas |
| | § | (TC# 2007-CI-10286) |
| Appellees. | § | |
| | § | |

**MEMORANDUM OPINION**

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant fails to file a brief within the time proscribed and provides no reasonable explanation for such failure. TEX.R.APP.P. 38.8(a)(1). By letter dated July 22, 2009, the clerk of this Court informed Appellant of the Court's intent to dismiss this appeal for want of prosecution due to Appellant's failure to file a brief or request an extension of time to do so. The Court advised Appellant that the appeal would be dismissed without further notice unless Appellant responded within ten days and provided a reason why the appeal should be continued. *See* TEX.R.APP.P. 38.8. Appellant has not responded to the clerk's notice. Therefore, pursuant to TEX.R.APP.P. 38.8(a)(1), we dismiss the appeal for want of prosecution.


GUADALUPE RIVERA, Justice

September 23, 2009

Before Chew, C.J., McClure, and Rivera, JJ.